UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARGARET ELAINE RAND
1320 21ST STREET, NW, APT. 407
WASHINGTON, DC 20036

    Plaintiff,

v.

SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220

    Defendant.

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This cause of action is founded on Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Sec. 2000e-16, the Civil Service Reform Act, 5 U.S.C. §§ 7701-7703 and the Rehabilitation Act of 1973, 29 U.S.C. §794(a). This Court has jurisdiction over this matter under 42 U.S.C. §2000e-16, 5 U.S.C. §7703 and 29 U.S.C. §794(a).

2. Plaintiff is an adult citizen of the United States and a resident of Washington, DC. At all times material to this complaint, plaintiff was employed with defendant in Washington, D.C. as a grade 13 management analyst.

3. Defendant is the head of a federal agency with its principal place of business in Washington, DC. He is sued in his official capacity.

4. Plaintiff was employed by the defendant's agency and another federal agency for almost 16 years. She is now retired. Her performance with the defendant's agency was always satisfactory or better.

5. Plaintiff filed an administrative complaint with her agency claiming discrimination and reprisal in June of 2006, covering incidents from February to June of 2006. The agency proposed her removal in January 2007, when her 2006 EEO complaint was in active investigation and shortly after plaintiff requested reasonable accommodation of her disability. The proposing official was aware of her June 21, 2006 complaint and reasonable accommodation request when he proposed her removal. Plaintiff's second level supervisor, who also was aware of plaintiff's prior protected EEO activity, issued a decision removing plaintiff from federal service effective March 2, 2007. Prior to said decision, plaintiff had submitted to her agency medical documentation requesting reasonable accommodation of her disability by reassignment. The agency failed to engage in the required interactive process for disability claims and failed to accommodate plaintiff's request for reassignment. Plaintiff could have remained employed with the agency if the agency had accommodated her disability. Plaintiff retired effective February 28, 2007 although she had planned to work more years to increase her retirement benefits. Plaintiff then filed a mixed case appeal, alleging reprisal for prior EEO activity and discrimination based upon disability (psychiatric disorder, adjustment disorder with mixed disturbance of emotions and conduct) that substantially limited the major life activity of working with the Merit Systems Protection Board and appealed the adverse decision of the Merit Systems Protection Board to the Equal Employment Opportunity Commission.

6. Plaintiff has exhausted all administrative remedies with respect to Title VII, the Civil Service Reform Act and the Rehabilitation Act for the adverse action, the decision to remove her. This action was filed within 30 days of plaintiff's receipt of the final decision of the Equal Employment Opportunity Commission on her administrative complaint.

7. The removal decision was based solely on reprisal for plaintiff's prior EEO activity and/or said violations of Title VII, the Civil Service Reform Act and the Rehabilitation Act. The adverse actions were and have been willful on the part of defendant.

8. Defendant did not act in good faith and did not have reasonable grounds for believing that no violation of Title VII or the Rehabilitation Act was occurring. Plaintiff's removal did not promote the efficiency of the federal service. The decisions of the Merit Systems Protection Board and its Administrative Judge affirming plaintiff's removal were arbitrary, capricious, an abuse of discretion or otherwise not in accordance with law and unsupported by substantial evidence.

9. As a direct and proximate result of defendant's intentional discrimination and reprisal, plaintiff has suffered and will continue to suffer embarrassment, humiliation, emotional distress and other special and general damages.

WHEREFORE, plaintiff prays that this Court, after a jury trial de novo on all issues as required by law, enter a declaratory judgment that the practices complained herein are unlawful and in violation of Title VII of the 1964 Civil Rights Act, as amended, the Civil Service Reform Act and the Rehabilitation Act, and that the Court permanently enjoin the defendant, his agents, successors, employees, attorneys and those acting in concert with them, from engaging in each of the unlawful practices, policies, customs and usages set forth herein and from continuing any and all other practices shown to be in violation of this law. Plaintiff further prays that the Court order defendant to reinstate plaintiff to the pay and grade level that she would have been enjoying but for the discriminatory practices of defendant and that the Court compensate and make whole plaintiff for all earnings and other benefits which she would have received but for

the discriminatory practices of defendant. Plaintiff further prays that the Court and/or jury award such damages under Title VII as are proper, including, but not limited to, compensatory damages. Plaintiff further prays that this Court award plaintiff the costs and disbursements of this action, including reasonable attorney's fees. Plaintiff further prays that the Court grant such other relief as may be just and proper.

_____/s/_____

Joel P. Bennett
D.C. Bar no. 145227
Law Offices of Joel P. Bennett, P.C.
1208 Eton Court, NW
Washington, DC 20007-3239
202-625-1970
202-625-1973-fax

Attorney for plaintiff

JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

_____/s/_____

Joel P. Bennett

H
08-703
PLF

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
MARGARET EUANE RIANO

### (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

11101

## DEFENDANTS
SECRETARY OF THE TREASURY

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

### (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
JOEL BENNETT
1208 ETON COURT NW, Wash DC 20007
202-625-1970

Case: 1:08-cv-00703
Assigned To : Friedman, Paul L.
Assign. Date : 4/24/2008
Description: Employ Discrim.

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

VB

(3)

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ H. *Employment Discrimination*<br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Employment Discrimination, 42 USC § 2000e-18

VII. REQUESTED IN COMPLAINT  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____  Check YES only if demanded in complaint  JURY DEMAND: ☒ YES  ☐ NO

VIII. RELATED CASE(S) IF ANY  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 4/24/08   SIGNATURE OF ATTORNEY OF RECORD  /s/ Jenn Bennett

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

js-44.wpd