IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ELAINE RAND | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 08-703 (PLF) |
| | ) |
| v. | ) |
| | ) |
| HENRY K. PAULSON, | ) |
| Secretary of the Treasury, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for a four-day enlargement of time to file his response to Plaintiff's Complaint. In support of this motion, Defendant states the following:

1. Plaintiff filed her complaint in this Court on April 24, 2008. Plaintiff's complaint raises claims under Title VII, the Rehabilitation Act and the Civil Service Reform Act relating to her alleged request for an accommodation and her proposed termination. Defendant's response to the Complaint is due on June 23, 2008.

2. Counsel for defendant has substantially completed the agency's response to plaintiff's complaint. However, additional time is needed so that agency counsel may review defendant's filing. Accordingly, defendant seeks an extension of time, up to and including June 27, 2008 to file his response to plaintiff's complaint.

3. Good cause supports defendant's motion for an extension of time. Granting this extension will permit agency counsel to thoroughly review defendant's response to the complaint

and permit defense counsel to make any necessary changes to her pleading before submitting it for supervisory review.

4.     Pursuant to LCvR 7(m), counsel for Defendant contacted plaintiff's counsel concerning this motion. Plaintiff's counsel has indicated that he does not oppose the relief sought herein.

Dated: June 23, 2008

Respectfully submitted,

　　/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

　　/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

　　/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET ELAINE RAND**,<br><br>  Plaintiff,<br><br>  v.<br><br>**HENRY K. PAULSON**,<br>**Secretary of the Treasury**,<br><br>  Defendant. | Civil Action No.: 08-703 (PLF) |

### [PROPOSED] ORDER

This matter having come before the Court on Defendant's Unopposed Motion for an Extension of time to Answer or Otherwise Respond to the Complaint and it appearing that the grant of the motion would be in the interests of justice, it is hereby

**ORDERED** that Defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint is hereby **GRANTED**.  And it is further

**ORDERED** that Defendant shall have up to and including June 27, 2008, to file his response to plaintiff's complaint.

**SO ORDERED** on this _____ day of June, 2008.

_____
PAUL L. FRIEDMAN
U.S. DISTRICT JUDGE