UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARGARET ELAINE RAND**

                                Civil Action no. 08-703-PLF

    **Plaintiff,**

    **v.**

**SECRETARY OF THE TREASURY**

    **Defendant.**

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OR FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), plaintiff, through counsel, respectfully requests one additional week, to July 18, 2008, to respond to defendant's motion to for partial dismissal or partial summary judgment. In support of this motion, plaintiff states the following:

1. Plaintiff's attorney received the motion on Friday evening, June 27, 2008 and forwarded it to plaintiff by electronic mail message that evening.

2. Plaintiff was out of town at the time and will not be returning to Washington, DC until the evening of July 10.

3. Plaintiff's attorney needs to meet with plaintiff in person to finalize the opposition and the exhibits thereto.

4. Plaintiff's attorney contacted the attorney for Defendant and she does not object to this brief extension of time.

/s/
Joel P. Bennett
Law Offices of Joel P. Bennett, P.C.
1208 Eton Court, NW
Washington, DC 20007-3239
202-625-1970-voice
202-625-1973-fax
jbennett@radix.net
Attorney for Plaintiff