UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ELAINE RAND, ) ) Plaintiff, ) ) v. ) ) TIMOTHY F. GEITHNER, ) Secretary of the Treasury, ) ) Defendant.[1] ) ) | Civil Action No. 08-0703 (PLF) |

ORDER AND JUDGMENT

For the reasons given in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion for summary judgment [16] is GRANTED and judgment will be entered for the defendant.

The Clerk of this Court is instructed to remove the case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

DATE: August 11, 2010

/s/_____
PAUL L. FRIEDMAN
United States District Judge

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes as the defendant the current Secretary of the Treasury, Timothy Geithner, for former Secretary Henry Paulson.